Joseph IBRAHIM and Elissar Ibrahim, H/W, Appellees

v.

LIBERTY PROPERTY, L.P., and Liberty Property Trust and Overhead Door Corp. c/o CT Corporation Systems Potocnie Enterprises, Inc., d/b/a Overhead Door Co. of Allentown, and Overhead Door Co. of Allentown, Appellants.

Supreme Court of Pennsylvania.

Argued March 7, 2012.

Decided July 12, 2012.

Audrey Jacobsen Copeland, John Jacob Hare, Marshall, Dennehey, Warner, Coleman & Goggin, P.C., for Liberty Properties & Liberty Property Trust.

Glenn Anthony Rickett, Overhead Door Company of Allentown and Potochie Enterprise, Inc.

John E. Salmon, Salmon Ricchezza Singer & Turchi, L.L.P., for Overhead Door Corporation.

Jeffrey P. Fritz, John Nikitas Zervanos, Soloff & Zaervanos, P.C., for Ibrahim h/w, Joseph Ibrahim and Elissar.

George Gerasimos Rassias, for Schmidt, Kirifides, Pearson, Koutcher & Fridkin, P.C., for Appellee Amicus Curiae Pennsylvania Association for Justice.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, ORIE MELVIN, JJ.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice ORIE MELVIN did not participate in the decision of this case.

Justice SAYLOR dissents, as he would consider the appeal on the merits.